# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA

In re:                                          )
                                                )
**Michael E Cross**                        ,    )     Case No.:
                                                )
                    Debtor(s).                  )

## STATEMENT OF ATTORNEY FOR
## DEBTOR IN A CHAPTER 13 CASE

       I am a member of the bar of the Northern District of Alabama and submit this Statement as part of my representation of the above-named debtor(s) before the United States Bankruptcy Court for the Northern District of Alabama pursuant to the <u>Memorandum on Compensation in Chapter 13 Cases</u> Effective July 1, 1998 (and subsequent Memoranda on Compensation). In conjunction with this Statement the following information is provided:

A.     I do not hold or represent any interest adverse to this estate except _____.

B.     I am a disinterested person, as that term is defined in Section 101(14) of the Bankruptcy Code.

C.     A of the date of the filing of the petition, I was not owed any money by the debtor(s) or relative of the debtor except _____.

D.     Within the one year preceding the filing of the petition, the debtor(s) paid me or my law firm, if anything, monies as listed below:

      ☑ None.

      **OR**

| Date | Amount | Services |
|------|--------|----------|
|      | $ _____ | _____ |
|      | $ _____ | _____ |
|      | $ _____ | _____ |

E.     I have reviewed the Court's records to determine whether this/these debtor(s), or debtor(s)' spouse(s), has/have filed any other bankruptcy case(s) and have found that __*1*__ case(s) has/have been filed. For all prior chapter 13 cases within this division, copies of an interim statement from the Chapter 13 Trustee's office are attached. For all prior chapter 7 cases or chapter 13 cases filed outside this division, the information requested below, if available from the clerk's office, is provided, beginning with the **oldest** case:

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

F.     I request a fee award of $ _3,500.00_ for the normal and customary services performed in Chapter 13 cases. These services include:

1.     Counseling with the Debtor;
2.     Preparing and filing the chapter 13 petition and other documents;
3.     Attending the meeting(s) of creditors' and confirmation hearing(s);
4.     Reviewing claims, filing claims and objecting to claims if necessary;
5.     Filing amendments, motions, adversary proceeding complaints, answers to complaints or any other required pleadings; and,
6.     Attendance at all hearings when required.

If any additional fees are requested, another application will be made.


*/s/ John W. Jennings, Jr.*

*John W. Jennings, Jr.*
Attorney for Debtor(s)

*May  2, 2022*

Date