UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In re: }
Michael E. Cross }
} CASE NO. 22-40440- JJR
} CHAPTER 13
xxx-xx-8881 }
}
}
DEBTOR(S)

## ORDER REQUIRING NOTICE AND HEARING ON APPLICATION TO EMPLOY ATTORNEY

The Trustee has applied for approval of Employment of Professional Person, Cherisse H. A. Cleofe as Special Counsel representing or assisting in carrying out the duties of the Trustee under Title 11 of the United States to represent an action involving a product liability claim involving injuries suffered. Because of the Contingency Fee Agreement of 40 Percent, it is desirable that creditors have an opportunity to object to the terms of the employment if they wish to do so.

It is **ORDERED, ADJUDGED, AND DECREED** that **NOTICE** is hereby given to all creditors and the Bankruptcy Administrator that the Trustee's Application to Employ Cherisse H. A. Cleofe as Special Counsel will be heard in the Bankruptcy Courtroom, Room 307, 1100 Gurnee Avenue, Anniston, AL 36201, at 10:15 a.m. on December 1, 2022, to hear objections, if any to the approval of such employment. If there are no objections, the employment may be approved.

Dated: October 28, 2022         /s/James J. Robinson
                                James J. Robinson
                                United States Bankruptcy Judge

/sog