In re:  

Michael E Cross  

    Debtor

Case No. 22-40440-JJR  

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael E Cross, 3460 Gazaway Street, Gadsden, AL 35903-4844 |
| sp | | Cherisse H. A. Cleofe, 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910 |
| | + | MicroPort Orthopedics, Inc., 5677 Airline Road, Arlington, TN 38002-9501 |
| | + | Wright Medical Technology, Inc., 1023 Cherry Road, Memphis, TN 38117-5423 |
| 10865939 | + | A MED AMBULANCE SERV., P.O. BOX 100, Altoona, AL 35952-0100 |
| 10865940 | + | AMARABALAN RAJENDRAN MD, 3 CENTRAL PLAZA #353, Rome, GA 30161-3233 |
| 10865942 | + | CORAM INFUSION, 300 RIVERHILLS BUSINESS, STE 390, BIRMINGHAM, AL 35242-5037 |
| 10865943 | + | GADSDEN REGIONAL MEDICAL CENTER, 1007 GOODYEAR AVENUE, Gadsden, AL 35903-1100 |
| 10865947 | + | RUBIN LUBLIN, LLC, 100 CONCOURSE PARKWAY, STE 115, Birmingham, AL 35244-2905 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 27 2023 23:18:00 | US Bank Trust National Association, Not in Its Ind, 10700 ABBOTTS BRIDGE RD, SUITE 170, DULUTH, GA 30097-8461 |
| 10865936 | + | Email/Text: bankruptcy@bbandt.com | Apr 27 2023 23:19:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 10907939 | + | Email/Text: pasi_bankruptcy@chs.net | Apr 27 2023 23:18:00 | Gadsden Regional Medical Center, C/O PASI, P.O. Box 188, Brentwood, TN 37024-0188 |
| 10865938 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:19:00 | IRS, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 10865941 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:26:26 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 10870592 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 10865944 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:19:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 10866633 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:26:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10866386 | | Email/PDF: USAALN.BNC@usdoj.gov | Apr 27 2023 23:26:46 | Richard E. O'Neal, Assistant U.S. Attorney, 1801 4th Avenue North, Birmingham, AL 35203-2101 |
| 10894270 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 27 2023 23:19:00 | SAPIENTES II, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 10865945 | + | Email/Text: dsanders@alcardio.com | Apr 27 2023 23:18:00 | SOUTHERN CARDIOVASCULAR, 1102 GOODYEAR AVENUE, Gadsden, AL 35903-2008 |
| 10865937 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:18:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| 10908078 | + | Email/Text: bankruptcy@bbandt.com | Apr 27 2023 23:19:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 10904789 | | Email/Text: bankruptcy@unifund.com | Apr 27 2023 23:19:00 | UNIFUND CCR, LLC, 10625 Techwood Circle, Cincinnati, OH 45242 |
| 10907927 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:18:00 | US Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 10866387 | ^ | MEBN | Apr 27 2023 23:16:21 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 10889532 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:26:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 10865946 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:26:44 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexa Stinson | on behalf of Creditor US Bank Trust National Association Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust astinson@rascrane.com |
| John W Jennings, Jr. | on behalf of Debtor Michael E Cross stacy@jenningsandmesser.com stacy@jenningsandmesser.com |
| Linda Baker Gore | noticetrustee@ch13gadsden.com noticetrustee@ch13gadsden.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**                                                    **Case No.** 22−40440−JJR13
Michael E Cross                                              **Chapter** 13
**SSN:** xxx−xx−8881

**Debtor(s)**

# NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*45 −* Trustee's Motion to Approve Compromise and/or Settlement Regarding Personal Injury Claim Filed by Trustee Linda Baker Gore (Goreoffice, se)

**Date: Thursday, June 15, 2023           Time: 10:15 AM**

**Location: Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201**

       Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: April 27, 2023                          By:

                                      Joseph E. Bulgarella, Clerk
                                      United States Bankruptcy Court

sog