## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:                                        )
                                              )
MICHAEL E. CROSS                              )
                                              )          CASE NO. 22-40440 JJR
                                              )
DEBTOR                                        )          CHAPTER 13

### AMENDED TRUSTEE'S MOTION TO APPROVE COMPROMISE/SETTLEMENT

COMES NOW the Chapter 13 Standing Trustee, Linda B. Gore, and respectfully moves this Court to approve the compromise/settlement in the above-styled case (*Michael Cross v Wright Medical Technology, Inc. and Microport Orthopedics, Inc.*) in a personal injury action that has been reached in the amount of **$255,000.00.** The funds shall be distributed as follows: Attorney Fees to the law firm of Kiesel Law, LLP in the amount of **$102,000.00** (if approved), Firm Expense in the amount of **$4004.52** (if approved), a 3.5% common benefit assessment in the amount of **$8,925.00** (if approved) medical liens to CMS/Medicare in the amount of **$16,553.55** – compromised from $180,000.00 (if approved), United Healthcare/Optum for supplemental coverage in the amount of **$4,973.36** (if approved) prescription medication coverage in the amount of **$240.72** (if approved) and the remaining funds in the amount of **$118,302.85** to be awarded to the debtor. Any non-exempt funds will be sent to the Chapter 13 Trustee.

WHEREFORE, the Trustee respectfully requests this Court's approval of the Amended Motion to Approve Compromise/Settlement.

/s/Linda B. Gore
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, AL 35902
(256) 546-9262

### CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that a copy John Jennings, Jr., at john@johnjenningslaw.com of the foregoing has been served upon Debtor's attorney, the Bankruptcy Administrator Northern District, Eastern Division, Robert J. Landry, III, Esquire, via electronic mail at Robert_Landry@alnba.uscourts.gov, upon Cherisse H. A. Cleofe, Equire via U. S. Mail at Kiesel Law, LLP, 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910, and upon defendant, Wright Medical Technology, Inc., via U.S. Mail at 1023 Cherry Road, Memphis, TN 38117, and defendant MicroPort Orthopedics, Inc., 5677 Airline Road, Arlington, TN 38002, and upon all parties listed on the attached matrix, via U. S. Mail, postage prepaid, this the 13th day of June, 2023.

/s/Linda B. Gore
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE

Label Matrix for local noticing
1126-1
Case 22-40440-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Tue Jun 13 08:41:20 CDT 2023

U. S. Bankruptcy Court
1100 Gurnee Avenue, Room 288
Anniston, AL 36201-4565


BB&T/Truist
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894-1847


GADSDEN REGIONAL MEDICAL CENTER
1007 GOODYEAR AVENUE
Gadsden, AL 35903-1100


Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037


Richard E. O'Neal
Assistant U.S. Attorney
1801 4th Avenue North
Birmingham, AL 35203-2101


Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0826


US Bank Trust National Association
c/o NewRez LLC d/b/a
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826


Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306-0438


(p)CHAPTER 13 TRUSTEE
ATTN LINDA BAKER GORE
P O BOX 1338
GADSDEN AL 35902-1338

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


A MED AMBULANCE SERV.
P.O. BOX 100
Altoona, AL 35952-0100


CORAM INFUSION
300 RIVERHILLS BUSINESS
STE 390
BIRMINGHAM, AL 35242-5037


Gadsden Regional Medical Center
C/O PASI
P.O. Box 188
Brentwood, TN 37024-0188


Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069


SAPIENTES II
c/o Wakefield & Associates, LLC
PO Box 51272
Knoxville, TN 37950-1272


Truist
PO Box 85092
Richmond, VA 23285-5092


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Cherisse H. A. Cleofe
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910


Michael E Cross
3460 Gazaway Street
Gadsden, AL 35903-4844

US Bank Trust National Association, Not in I
10700 ABBOTTS BRIDGE RD
SUITE 170
DULUTH, GA 30097-8461


AMARABALAN RAJENDRAN MD
3 CENTRAL PLAZA #353
Rome, GA 30161-3230


(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774


IRS
P.O. BOX 7346
Philadelphia, PA 19101-7346


RUBIN LUBLIN, LLC
100 CONCOURSE PARKWAY
STE 115
Birmingham, AL 35244-2905


SOUTHERN CARDIOVASCULAR
1102 GOODYEAR AVENUE
Gadsden, AL 35903-2008


(p)UNIFUND CCR LLC
ATTN MEDIA DEPARTMENT
10625 TECHWOOD CIRCLE
CINCINNATI OH 45242-2846


Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438


John W Jennings Jr.
111 South 10th Street
Gadsden, AL 35901-3614

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services                    UNIFUND CCR, LLC                     Linda Baker Gore
Attn: Bankruptcy                       10625 Techwood Circle                NON-PAYMENTS: P.O. Box 1338
P.O. 15298                             Cincinnati, OH 45242                 Gadsden, AL 35902
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC     End of Label Matrix
PO Box 41021                           Mailable recipients     28
Norfolk, VA 23541-1021                 Bypassed recipients      1
                                       Total                   29