# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:

| | |
|---|---|
| Michael E Cross } | **Case No: 22-40440-JJR13** |
| SSN: XXX-XX-8881 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter came before the Court on Thursday, June 15, 2023 10:15 AM, for a hearing on the following:

RE: Doc #49; Trustee's Amended Motion to Approve Compromise between the Debtor and Wright Medical Technology, Inc. and Microport Orthopedics, Inc.

Proper notice of the hearing was given and appearances were made by the following:

John W Jennings Jr., attorney for Michael E Cross (Debtor)
Linda Baker Gore (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the Motion to Approve Compromise is GRANTED and the Compromise is APPROVED.

The terms of the settlement agreement/compromise are incorporated herein by reference as though fully set forth, and the court retains jurisdiction to interpret and enforce the settlement agreement/compromise.

Dated: 06/15/2023

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
United States Bankruptcy Judge