United States Bankruptcy Court
Northern District of Alabama

In re:                                                             Case No. 22-40440-JJR
Michael E Cross                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-1                         User: admin                                    Page 1 of 2
Date Rcvd: Feb 15, 2024                  Form ID: van002                               Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael E Cross, 3460 Gazaway Street, Gadsden, AL 35903-4844 |
| sp | | Cherisse H. A. Cleofe, 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910 |
| 10865939 | + | A MED AMBULANCE SERV., P.O. BOX 100, Altoona, AL 35952-0100 |
| 10865940 | + | AMARABALAN RAJENDRAN MD, 3 CENTRAL PLAZA #353, Rome, GA 30161-3230 |
| 10865942 | + | CORAM INFUSION, 300 RIVERHILLS BUSINESS, STE 390, BIRMINGHAM, AL 35242-5037 |
| 10865943 | + | GADSDEN REGIONAL MEDICAL CENTER, 1007 GOODYEAR AVENUE, Gadsden, AL 35903-1100 |
| 10865947 | + | RUBIN LUBLIN, LLC, 100 CONCOURSE PARKWAY, STE 115, Birmingham, AL 35244-2905 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Feb 16 2024 00:09:00 | US Bank Trust National Association, Not in Its Ind, 10700 ABBOTTS BRIDGE RD, SUITE 170, DULUTH, GA 30097-8461 |
| 10865936 | + | Email/Text: bankruptcy@bbandt.com | Feb 16 2024 00:10:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 10907939 | + | Email/Text: pasi_bankruptcy@chs.net | Feb 16 2024 00:09:00 | Gadsden Regional Medical Center, C/O PASI, P.O. Box 188, Brentwood, TN 37024-0188 |
| 10865938 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2024 00:10:00 | IRS, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 10865941 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2024 00:47:46 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 10870592 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 10865944 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 00:11:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 10866386 | | Email/PDF: USAALN.BNC@usdoj.gov | Feb 16 2024 00:20:13 | Richard E. O'Neal, Assistant U.S. Attorney, 1801 4th Avenue North, Birmingham, AL 35203-2101 |
| 10894270 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 16 2024 00:10:00 | SAPIENTES II, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 10865945 | + | Email/Text: dsanders@alcardio.com | Feb 16 2024 00:09:00 | SOUTHERN CARDIOVASCULAR, 1102 GOODYEAR AVENUE, Gadsden, AL 35903-2008 |
| 10865937 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 00:09:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 10908078 | + | Email/Text: bankruptcy@bbandt.com | Feb 16 2024 00:10:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 10904789 | | Email/Text: bankruptcy@unifund.com | Feb 16 2024 00:10:00 | UNIFUND CCR, LLC, 10625 Techwood Circle, Cincinnati, OH 45242 |

| | | | |
|---|---|---|---|
| 10907927 | + Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 00:09:00 | US Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 10866387 | ^ MEBN | Feb 16 2024 00:08:52 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 10889532 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:33:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 10865946 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:47:48 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Alexa Stinson | on behalf of Creditor US Bank Trust National Association  Not in Its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust astinson@raslg.com |
| John W Jennings, Jr. | on behalf of Debtor Michael E Cross stacy@jenningsandmesser.com stacy@jenningsandmesser.com;jenningsjr44673@notify.bestcase.com |
| Linda Baker Gore | noticetrustee@ch13gadsden.com  noticetrustee@ch13gadsden.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**                                                                             **Case No.** 22−40440−JJR13
Michael E Cross                                        **Chapter** 13
**SSN:** xxx−xx−8881

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*63 −* Application for Compensation and Expenses for Cherisse H. A. Cleofe, Special Counsel, Period: 8/15/2019 to 2/15/2024, Fee: $102,000.00, Expenses: $13,339.79. Filed by (Goreoffice, se)

**Date:** Thursday, March 7, 2024          **Time:** 10:15 AM

**Location:** Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: February 15, 2024                                   By:

                                                                               Joseph E. Bulgarella, Clerk
                                                                               United States Bankruptcy Court

sog