IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Michael E. Cross | ) | CASE NO.:  22-40440 JJR |
| | ) | |
| _____ | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR(S) | | |

# N O T I C E   O F   W I T H D R A W A L

**COMES NOW,** Linda B. Gore, Chapter 13 Trustee, and withdraws the:

**APPLICATION FOR COMPENSATION AND EXPENSES FOR CHERISSE H. A. CLEOFE, SPECIAL COUNSEL**

filed by her in the above-styled case on or about  **2/15/2024 (Dkt #63).**

**DONE** this the 20th day of February, 2024.

/s/ Linda B. Gore
LINDA B. GORE, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P. O. Box 1338
Gadsden, Alabama 35902-1338
(256) 546-9262

## CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has been on this day, filed with the Clerk of the Court for immediate electronic service on debtor(s) attorney, John W. Jennings, Jr., at stacy@jenningsandmesser.com this the 20th day of February, 2024.

/s/ Linda B. Gore
LINDA B. GORE, TRUSTEE